# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SAVE THE CUTOFF,<br>    Plaintiff,<br><br>v.<br><br>IRON RIVER RANCH II, LLC and<br>IRONHORSE UNLIMITED, INC.,<br>    Defendants. | Case No. 6:23-cv-142-JDK |

## FINAL JUDGMENT

The Court, having considered Save the Cutoff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Save the Cutoff's claim is **DISMISSED** without prejudice. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **25th** day of **March, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE